UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEATHER FARRIS,

          Plaintiff,

    v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

          Defendant.

Case No.  25-cv-04164-RS

**ORDER GRANTING IN PART
PLAINTIFF'S MOTION FOR
ADMINISTRATIVE RELIEF TO
MODIFY DISPOSITIVE MOTION
SCHEDULE**

Plaintiff moves pursuant to Civil Local Rule 7-11 for administrative relief extending the deadline for dispositive motions by 90 days, from June 18, 2026 to September 16, 2026, with all downstream deadlines extended by the same period. Defendant opposes, arguing good cause does not exist and, in the alternative, requesting a further extension in light of her scheduling conflicts from June 18, 2026 to January 21, 2027. Following this Court's order granting Defendant's motion on May 8, 2026, good cause exists to grant an extension such that the parties can conduct discovery into structural conflicts of interest. Accordingly, an extension of the dispositive motion schedule of at least 90 days is granted. The parties are ordered to meet and confer and submit a joint proposal or joint statements regarding a new schedule for dispositive motion briefing by June 10, 2026.

**IT IS SO ORDERED**.

Dated: May 27, 2026

_____
RICHARD SEEBORG
Chief United States District Judge