Nicole Y. Blohm (SBN 177284)
E-mail: nblohm@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

HEATHER FARRIS,

Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

Defendant.

Case No. 3:25-cv-04164-RS

**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND ~~[PROPOSED]~~ ORDER**

Judge: Hon. Richard Seeborg

Complaint Filed; May 14, 2025

IT IS HEREBY STIPULATED, by and between plaintiff HEATHER FARRIS and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear his or its own attorneys' fees and costs.

The parties further stipulate all dates be vacated and taken off the Court's calendar.

///

///

///

///

///

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: August 6, 2026

BOLT KEENLEY KIM PC

By: */s/ James P. Keenley*
James P. Keenley
Attorneys for Plaintiff
HEATHER FARRIS

Dated: August 6, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Nicole Y. Blohm*
Nicole Y. Blohm
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

**Filer's Attestation - Local Rule 5-1.(i)(3)**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

***<u>ORDER</u>***

Based upon the Stipulation of the Parties and for good cause shown,

IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that all dates previously set in this action are hereby vacated and taken off the Court's calendar;

IT IS FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED:**

Dated: August 7, 2026

Hon. Richard Seeborg
United States District Judge